**IT IS ORDERED as set forth below:**



**Date: August 18, 2022**

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

| | | |
|---|---|---|
| **IN RE**: | } | CASE NUMBER 22-10356-lrc |
| | } | |
| Christy Darlene Morris | } | CHAPTER 13 |
| | } | |
| **DEBTOR** | } | |

### ORDER

Debtors in the above-styled Chapter 13 case filed a ***Request for Approval for Participation in Loan Modification Program*** on May 22, 2022, (Doc. No. 17) (the "Motion"), in order to request permission to submit their mortgage loan modification application regarding their existing mortgage loan on the real property located at 130 Bramlet Court, Senoia, Georgia 30276 (the "Property"). As no one opposed this Motion, it is hereby

**ORDERED**:

1. Debtors and U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust c/o SN Servicing Corporation may use the secure online web portal (www.dmmportal.com) (the "DMM Portal") on which U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust c/o SN Servicing Corporation is already registered to review and process Debtors' request for a loan modification for the Property. Debtors shall pay the DMM Portal fee required to submit this case on the DMM Portal.

2. Debtors and U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust c/o SN Servicing Corporation may participate in mortgage modification mediation ("MMM") in good faith. MMM shall be concluded not later than 150 days from the date of the Order unless extended by written consent of the parties or by court order. All written communication between the parties regarding MMM must be sent through the DMM Portal, unless otherwise ordered by the Court. Disputes that are incidental to MMM shall be considered separate matters and are not subject to the portal communication requirement. All documents, communications, and information exchanged during MMM are privileged and confidential as provided by Federal Rule of Evidence 408 and shall be inadmissible in any subsequent proceeding.

3. Debtors' counsel shall upload Debtors' loan modification package to the DMM Portal within seven (7) days of the entry of this Order.

**[END OF DOCUMENT]**

Presented By,

_____/s/_____
Lorena L. Saedi 622072
GA Bar # 622072
3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com
Attorney for Debtor

No opposition:

_____/s/_____
Kelsey A. Makeever
GA Bar #  371499
With Express Permission
Chapter 13 Trustee
233 Peachtree Street, N.E. Suite 2250
Atlanta, GA 30303

## **DISTRIBUTION LIST**

Saedi Law Group, LLC
3006 Clairmont Road, Ste 103
Atlanta, Georgia 30329

Melissa J. Davey
Chapter 13 Trustee
233 Peachtree Street, N.E. Suite 2250
Atlanta, GA 30303

Christy Darlene Morris
130 Bramlet Court
Senoia, GA 30276

Marc E. Ripps
P. O. Box 923533
Norcross, GA 30010-3533

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

All Parties on the Mailing Matrix